AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| JUSTIN LARKIN, on behalf of himself and all others similarly situated, | ) | E-filing |
| *Plaintiff* | ) ) | |
| v. | ) | CV 11  1503 |
| YELP! INC., | ) ) | Civil Action No. |
| *Defendant* | ) ) | EMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YELP! Inc.,
706 Mission Street
San Francisco, CA 94103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Peter Rukin,  RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **MAR 2 9 2011**

HELEN ALMACEN

*Signature of Clerk or Deputy Clerk*