Peter Rukin, Esq., SBN 178336
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN251872)
GALLENBERG PC
333 S. Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone:   (213) 943-1343
Facsimile:   (213) 254-0400
Email: rosa@gallenberglaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

FILED
2011 MAR 30 A 11: 06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>YELP! INC.,<br><br>    Defendant. | Case No. CV-11-1503 EMC<br><br>**NOTICE OF CONSENT FILING** |

PLEASE TAKE NOTICE, pursuant to 29 U.S.C. § 216, Plaintiff hereby files the Consent to Join Collective Action form, attached as an exhibit for the following person: Justin Larkin.

DATED: March 30, 2011                    RUKIN HYLAND DORIA & TINDALL LLP

                                         By: _____
                                             PETER RUKIN
                                             Attorneys for PLAINTIFF

NOTICE OF CONSENT FILING – CV-11-1503 EMC

# Exhibit 1

Pursuant to 29 U.S.C. §216(b), I consent to join the Northern District of California lawsuit against Yelp, Inc. asserting wage and hour claims on behalf of Account Executives.

Date: 3/24/11

_____
Justin Larkin