Pursuant to 29 U.S.C. §216(b), I consent to join the Northern District of California lawsuit against Yelp, Inc. asserting wage and hour claims on behalf of Account Executives.

Date: April 18, 2011

_____
Ahmad Deanes