| | |
|---|---|
| 1 | MALCOLM A. HEINICKE (SBN 194174) |
| | Malcolm.Heinicke@mto.com |
| 2 | CAROLYN ZABRYCKI (SBN 263541) |
| | Carolyn.Zabrycki@mto.com |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 560 Mission Street |
| 4 | Twenty-Seventh Floor |
| | San Francisco, CA 94105-2907 |
| 5 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 6 | |
| 7 | Attorneys for Defendant |
| | YELP! INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN LARKIN, on behalf of himself, individually and all others similarly situated, | CASE NO. CV-11-1503 EMC |
| Plaintiff, | **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| vs. | |
| YELP! INC., | |
| Defendant. | |

13743230.1

STIPULATION
CASE NO. CV-11-1503 EMC

1     WHEREAS, Defendant Yelp! Inc. was served with Plaintiff Justin Larkin's Complaint in the above-captioned case on or about March 30, 2011;

    WHEREAS, the parties have agreed to extend Defendant Yelp! Inc.'s time to answer or otherwise respond to the complaint to May 10, 2011;

    WHEREAS, the extension set forth will not alter the date of any event or deadline already fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an extension;

    WHEREAS, Yelp! Inc. does not waive any defenses and instead reserves its rights to raise any and all defenses or objections available to it in answering or otherwise responding to the complaint, including but not limited any objections to judicial assignment;

    NOW THEREFORE, the parties through their counsel of record stipulate to the following:

    IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for defendant to answer or otherwise respond to the complaint shall be and is hereby extended to May 10, 2011.

DATED: April 19, 2011            Munger, Tolles & Olson LLP
                                          MALCOLM A. HEINICKE
                                          CAROLYN ZABRYCKI

                                        By: /s/ *Malcolm A. Heinicke*
                                                 MALCOLM A. HEINICKE

Attorneys for Defendants
YELP! INC.

DATED: April 19, 2011　　　　　　　　　　RUKIN HYLAND DORIA & TINDALL LLP


By:　　　　　/s/ *Peter Rukin*　　　　　
　　　　　　　PETER RUKIN

Attorneys for Plaintiff
JUSTIN LARKIN

## **CERTIFICATION**

I, Malcolm A. Heinicke, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT. In compliance with General Order 45.X.B., I hereby attest that Peter Rukin concurred in this filing.