1 | MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
2 | CAROLYN ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
4 | Twenty-Seventh Floor
San Francisco, CA 94105-2907
5 | Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077
6
Attorneys for Defendant
7 | YELP! INC.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 | JUSTIN LARKIN, on behalf of himself,
individually and all others similarly
12 | situated,

CASE NO. CV-11-1503 EMC

**STIPULATION TO EXTEND THE
DEADLINE FOR DEFENDANT TO
ANSWER OR OTHERWISE RESPOND TO
THE COMPLAINT** ; ORDER

13 |                     Plaintiff,

14 |         vs.

15 | YELP! INC.,

16 |                     Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

13743230.1

STIPULATION
CASE NO. CV-11-1503 EMC

1    WHEREAS, Defendant Yelp! Inc. was served with Plaintiff Justin Larkin's Complaint in

2  the above-captioned case on or about March 30, 2011;

3    WHEREAS, the parties have agreed to extend Defendant Yelp! Inc.'s time to answer or

4  otherwise respond to the complaint to May 10, 2011;

5    WHEREAS, the extension set forth will not alter the date of any event or deadline already

6  fixed by Court order, and Civil Local Rule 6-1(a) does not require a Court order for such an

7  extension;

8    WHEREAS, Yelp! Inc. does not waive any defenses and instead reserves its rights to raise

9  any and all defenses or objections available to it in answering or otherwise responding to the

10  complaint, including but not limited any objections to judicial assignment;

11    NOW THEREFORE, the parties through their counsel of record stipulate to the following:

12    IT IS HEREBY STIPULATED pursuant to Civil L.R. 6-1(a) that the deadline for

13  defendant to answer or otherwise respond to the complaint shall be and is hereby extended to

14  May 10, 2011.

15

16

17
     DATED: April 19, 2011                     Munger, Tolles & Olson LLP
18                                              MALCOLM A. HEINICKE
                                                CAROLYN ZABRYCKI
19

20
                                                By: /s/ Malcolm A. Heinicke
21                                                  MALCOLM A. HEINICKE

22                                              Attorneys for Defendants
23                                              YELP! INC.

24

25

26

27

28

13743230.1                    - 2 -            STIPULATION
                                               CASE NO.  CV-11-1503 EMC

1

2   DATED:  April 19, 2011                    RUKIN HYLAND DORIA & TINDALL LLP

3

4                                              By:_____/s/ Peter Rukin_____
                                                        PETER RUKIN

5                                              Attorneys for Plaintiff
                                               JUSTIN LARKIN
6

7

8

9                              **<u>CERTIFICATION</u>**

10          I, Malcolm A. Heinicke, am the ECF User whose identification and password are being

11   used to file this STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT TO

12   ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT.  In compliance with General

13   Order 45.X.B., I hereby attest that Peter Rukin concurred in this filing.

14

15   IT IS SO ORDERED

16

17   _____

18   Edward M. Chen
     U.S. Magistrate
19   Judge

20

21

22

23

24

25

26

27

28