Peter Rukin (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
333 S. Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone:    (213) 943-1343
Facsimile:    (213) 254-0400
Email: rosa@gallenberglaw.com

Todd Heyman
SHAPIRO HABER & URMY LLP
53 State Street 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-mail: theyman@shulaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YELP! INC.,<br><br>　　　　　Defendant. | Case No.  3:11-cv-01503-EMC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is 100 Pine Street, Suite 2150, San Francisco, CA 94111. On April 19, 2011, I served a true and correct copy of the following document(s):

**FIRST AMENDED COMPLAINT FOR DAMAGES**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Malcolm A. Heinicke, Esq.
MUNGER TOLLES & OLSON LLP
560 Mission Street
27th Floor
San Francisco CA 94105

☒ **VIA U.S. MAIL:**
I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. Postal Service on April 19, 2011, with postage thereon fully prepaid, at San Francisco, California.

☐ **VIA FACSIMILE:**
I faxed said document, to the office(s) of the address(es) shown above, and the transmission was reported as complete and without error

☐ **VIA PERSONAL DELIVERY:**
I personally caused to be delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on April 19, 2011, at San Francisco, California.

_Alice Tran_

Case Name: *Larkin v. Yelp! Inc.*
Case Number: 3:11-cv-01503-EMC