PETER RUKIN (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Attorneys for Plaintiffs

MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant
YELP! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>           Defendant. | CASE NO. CV 11-1503 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION**<br><br>**Honorable Edward M. Chen** |

1  WHEREAS, Plaintiffs have filed this putative class and collective action alleging
2  state and federal wage and hour claims concerning their employment with Defendant Yelp! Inc.;
3  WHEREAS, the parties previously stipulated that the deadline for Defendant to
4  respond to the complaint would be extended to May 10, 2011;
5  WHEREAS, the parties, through their counsel, have met and conferred about
6  conducting a mediation, and the parties have agreed to schedule a mediation with a private
7  mediator specializing in these types of actions;
8  WHEREAS, the parties agree that it would serve efficiency interests and preserve
9  judicial and party resources to stay this action pending the anticipated mediation;
10 WHEREAS, the parties have met and conferred and reached agreement on issues
11 concerning tolling of Plaintiffs' federal claims under the Fair Labor Standards Act;
12 WHEREAS, the parties anticipate that, mainly as the result of mediator
13 availability, it will take ninety (90) to one hundred twenty (120) days to complete the anticipated
14 mediation, and therefore propose that they be required to report back to the Court on the status of
15 the mediation and stay within that time frame;
16 WHEREAS, the parties, through their counsel of record, stipulate as follow:
17 IT IS HEREBY STIPULATED that the parties jointly and respectfully request an
18 order stating that (a) the entire action is stayed pending the anticipated mediation in this matter;
19 (b) Defendant's deadline to answer or otherwise respond to the complaint is hereby postponed
20 until twenty (20) days after the lifting of the stay; (c) the parties are required to submit a report on
21 the status of the mediation and the continued propriety of the stay within one hundred twenty
22 (120) days of the order; and (d) the stay shall expire in the event any party fails to execute or
23 revokes the FLSA tolling agreement.

DATED: May 11, 2011                             RUKIN HYLAND DORIA & TINDALL LLP


By: /s/ *Peter Rukin*
　　Peter Rukin
　　Attorneys for Plaintiffs

DATED: May 11, 2011                             MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　　　　　MALCOLM A. HEINICKE
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN V. ZABRYCKI


By:  /s/ *Malcolm A. Heinicke*
　　Malcolm A. Heinicke
　　Attorneys for Defendant

## CERTIFICATION

I, Malcolm A. Heinicke, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with General Order 45.X.B., I hereby attest that Peter Rukin concurred in this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Specifically, the Court orders that (a) the action is stayed pending the anticipated mediation in this matter; (b) Defendant's deadline to answer or otherwise respond to the complaint is hereby postponed until twenty (20) days after the lifting of this stay; (c) the parties shall submit a report on the status of the mediation and the continued propriety of the stay within one hundred twenty (120) days of this Order; and (d) the stay shall expire in the event any party fails to execute or revokes the FLSA tolling agreement.

DATED: May _____, 2011


By:_____
　　Edward M. Chen
　　United States Magistrate Judge