1  MALCOLM A. HEINICKE (SBN 194174)
   Malcolm.Heinicke@mto.com
2  CAROLYN ZABRYCKI (SBN 263541)
   Carolyn.Zabrycki@mto.com
3  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
4  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
5  Telephone: (415) 512-4000
   Facsimile: (415) 512-4077
6
   Attorneys for Defendant
7  YELP! INC.

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| JUSTIN LARKIN, on behalf of himself, individually and all others similarly situated, | CASE NO. CV-11-1503 EMC |
|---|---|
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| vs. | |
| YELP! INC., | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge Edward M. Chen (now United States District Judge Edward M. Chen) conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully Submitted,

DATED: May 19, 2011      MUNGER, TOLLES & OLSON LLP

By:     /s/ *Carolyn V. Zabrycki*
        CAROLYN V. ZABRYCKI

Attorneys for Defendant
YELP! Inc.