1 | PETER RUKIN (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
2 | 100 Pine Street, Suite 2150
San Francisco, CA 94111
3 | Telephone: (415) 421-1800
Facsimile: (415) 421-1700
4 | E-mail: peterrukin@rhdtlaw.com

5 | Attorneys for Plaintiffs

6 | MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
7 | CAROLYN V. ZABRYCKI (SBN 263541)
Carolyn.Zabrycki@mto.com
8 | MUNGER, TOLLES & OLSON LLP
560 Mission Street
9 | Twenty-Seventh Floor
San Francisco, CA 94105-2907
10 | Telephone: (415) 512-4000
Facsimile: (415) 512-4077
11 |
Attorneys for Defendant
12 | YELP! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | CASE NO. CV 11-1503 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION** AND RESETTING CMC FOR 12/2/11<br><br>**Honorable Edward M. Chen** |

STIPULATION TO STAY CASE PENDING
MEDIATION CV 11-1503 EMC

1  WHEREAS, Plaintiffs have filed this putative class and collective action alleging
2  state and federal wage and hour claims concerning their employment with Defendant Yelp! Inc.;
3  WHEREAS, the parties previously stipulated that the deadline for Defendant to
4  respond to the complaint would be extended to May 10, 2011;
5  WHEREAS, the parties, through their counsel, have met and conferred about
6  conducting a mediation, and the parties have agreed to schedule a mediation with a private
7  mediator specializing in these types of actions;
8  WHEREAS, the parties agree that it would serve efficiency interests and preserve
9  judicial and party resources to stay this action pending the anticipated mediation;
10 WHEREAS, the parties have met and conferred and reached agreement on issues
11 concerning tolling of Plaintiffs' federal claims under the Fair Labor Standards Act;
12 WHEREAS, the parties anticipate that, mainly as the result of mediator
13 availability, it will take ninety (90) to one hundred twenty (120) days to complete the anticipated
14 mediation, and therefore propose that they be required to report back to the Court on the status of
15 the mediation and stay within that time frame;
16 WHEREAS, the parties, through their counsel of record, stipulate as follow:
17 IT IS HEREBY STIPULATED that the parties jointly and respectfully request an
18 order stating that (a) the entire action is stayed pending the anticipated mediation in this matter;
19 (b) Defendant's deadline to answer or otherwise respond to the complaint is hereby postponed
20 until twenty (20) days after the lifting of the stay; (c) the parties are required to submit a report on
21 the status of the mediation and the continued propriety of the stay within one hundred twenty
22 (120) days of the order; and (d) the stay shall expire in the event any party fails to execute or
23 revokes the FLSA tolling agreement.

STIPULATION TO STAY CASE PENDING
MEDIATION CV 11-1503 EMC

| | | |
|---|---|---|
| DATED: May 11, 2011 | | RUKIN HYLAND DORIA & TINDALL LLP |
| | | By: /s/ *Peter Rukin* |
| | | Peter Rukin |
| | | Attorneys for Plaintiffs |
| DATED: May 11, 2011 | | MUNGER, TOLLES & OLSON LLP |
| | | MALCOLM A. HEINICKE |
| | | CAROLYN V. ZABRYCKI |
| | | By: /s/ *Malcolm A. Heinicke* |
| | | Malcolm A. Heinicke |
| | | Attorneys for Defendant |

**CERTIFICATION**

I, Malcolm A. Heinicke, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING MEDIATION. In compliance with General Order 45.X.B., I hereby attest that Peter Rukin concurred in this filing.

PURSUANT TO STIPULATION, IT IS SO ORDERED. Specifically, the Court orders that (a) the action is stayed pending the anticipated mediation in this matter; (b) Defendant's deadline to answer or otherwise respond to the complaint is hereby postponed until twenty (20) days after the lifting of this stay; (c) the parties shall submit a report on the status of the mediation and the continued propriety of the stay within one hundred twenty (120) days of this Order; and (d) the stay shall expire in the event any party fails to execute or revokes the FLSA tolling agreement. The CMC is reset for 12/2/11 at 2:00 p.m. A joint CMC statement shall be filed by 11/25/11.

DATED: May __24__, 2011

By: _____
Edward M. Chen
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

- 2 -     STIPULATION AND [PROPOSED] ORDER TO STAY CASE PENDING
         MEDIATION CV 11-1503 EMC