Peter Rukin (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
333 S. Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone:    (213) 943-1343
Facsimile:    (213) 254-0400
Email: rosa@gallenberglaw.com

Todd Heyman (*pro hac vice* to be filed)
SHAPIRO HABER & URMY LLP
53 State Street 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-mail: theyman@shulaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>YELP! INC.,<br><br>　　　　　Defendant. | Case No.  3:11-cv-01503-EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

MAGISTRATE JUDGE CONSENT　　　　　　　　- 1 -
CASE NO. CV-11-1503

1   CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2   In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

3   parties in the above-captioned civil matter hereby voluntarily consent to have United States

4   Magistrate Judge Edward M. Chen (now United States District Judge Edward M. Chen) conduct

5   any and all further proceedings in the case, including trial, and order the entry of a final judgment.

6   Appeal from the judgment shall be taken directly to the United States Court of Appeals for the

7   Ninth Circuit.

Respectfully Submitted,

DATED:  May 25, 2011                    RUKIN HYLAND DORIA & TINDALL LLP

By   /s/ Peter Rukin
PETER RUKIN
Attorneys for Plaintiffs

Peter Rukin, Esq., SBN 178336
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
333 S. Grand Ave, 25th Floor
Los Angeles, CA 90071
Telephone:   (213) 943-1343
Facsimile:   (213) 254-0400
Email: rosa@gallenberglaw.com

Todd Heyman
SHAPIRO HABER & URMY LLP
53 State Street 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-mail: theyman@shulaw.com

MAGISTRATE JUDGE CONSENT                    - 2 -
CASE NO. CV-11-1503