Peter Rukin (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
9701 Wilshire Blvd. Suite 1000
Beverly Hills, CA 90071
Telephone:   (310) 295-1654
Facsimile:    (310) 733-5654
Email: rosa@gallenberglaw.com

Todd Heyman (*pro hac vice* application to be filed)
SHAPIRO HABER & URMY LLP
53 State Street 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-mail: theyman@shulaw.com

Attorneys for Representative Plaintiffs

Malcolm A. Heinicke (SBN 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco CA 94105
Phone: (415) 512-4000
Fax: (415) 644-6929
Email: Malcolm.Heinicke@mto.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>Defendant. | Case No.  3:11-cv-01503-EMC<br><br>**JOINT CASE MANAGEMENT STATEMENT, STATUS REPORT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:  December 2, 2011 |

The Parties respectfully submit this Joint Case Management Statement, Status Report and Request for a Continuance of Case Management Conference in preparation for the Case Management Conference currently scheduled for this matter on December 2, 2011 at 9:00 a.m.

## I.      PROCEDURAL HISTORY

On March 29, 2011, Class Representative Justin Larkin filed this Litigation as a putative Rule 23 class action on behalf of himself and others similarly situated in California and a putative national collective action under the federal Fair Labor Standards Act ("FLSA").

On May 24, 2011, upon stipulation of the parties, this Court ordered that (a) the action be stayed pending the anticipated mediation in this matter; (b) Defendant's deadline to answer or otherwise respond to the complaint be postponed until twenty (20) days after the lifting of this stay; (c) the parties shall submit a report on the status of the mediation and the continued propriety of the stay within one hundred twenty (120) days of this Order; and (d) the stay shall expire in the event any party fails to execute or revokes the FLSA tolling agreement executed by the parties.

On September 15, 2011, the parties participated in a mediation with Mediator Mark Rudy in San Francisco.  The case did not resolve at the mediation, but settlement discussions continued and the parties have reached a tentative settlement subject to negotiation of terms and conditions.

## II.      CASE STATUS & SETTLEMENT

The parties are in the process of finally negotiating the terms and conditions of the settlement.  On November 4, 2011, Defendant sent Plaintiffs' counsel a first draft of a proposed, long-form settlement agreement with all proposed exhibits, including the proposed class notice and judgment.  Plaintiffs' Counsel has been preparing proposed revisions to the settlement documents, and anticipates forwarding those revisions to Defendant's counsel in advance of the currently scheduled December 2, 2011 Case Management Conference.  The parties expect to meet and confer and resolve any issues related to the settlement papers in the next two to three weeks, and will be prepared to file by December 20, 2011 either: (1) a motion for preliminary approval of settlement or (2) a case management conference report.

## III.      REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

2

1        Accordingly, the parties jointly request that the Court continue the case management

2  conference currently scheduled for December 2, 2011 until a date convenient to the Court in

3  January, 2012.

4

5                                            RUKIN HYLAND DORIA & TINDALL LLP

6  Dated:  November 29, 2011          By:_____/s/_____

7                                        Peter Rukin

8                                        Attorneys for Plaintiffs

9                                        MUNGER, TOLLES & OLSON LLP

10  Dated:  November 29, 2011         By:_____/s/_____

11                                        Malcolm Heinicke

12                                        Attorneys for Defendant Yelp! Inc.

13

14

15

16               **ATTESTATION PURSUANT TO GENERAL ORDER 45**

17

18        I, PETER RUKIN, attest that concurrence in the filing of this Joint Case Management

19  Statement has been obtained from each of the other signatories.

20  Executed this 29th day of November, 2011, at San Francisco, California.

21

22                                        _____/s/ Peter Rukin_____

23                                          Peter Rukin

24  IT IS SO ORDERED that the CMC is reset from 12/2/11 to 1/27/12 at 9:00 a.m. A joint CMC

25  statement shall be filed by 1/20/12.

26  _____

27  Edward M. Chen

28  U.S. District Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen