1  Peter Rukin (SBN 178336)
   RUKIN HYLAND DORIA & TINDALL LLP
2  100 Pine Street, Suite 2150
   San Francisco, CA 94111
3  Telephone: (415) 421-1800
   Facsimile:  (415) 421-1700
4  E-mail: peterrukin@rhdtlaw.com

5  Rosa Vigil-Gallenberg (SBN 251872)
   GALLENBERG PC
6  9701 Wilshire Blvd. Suite 1000
   Beverly Hills, CA 90071
7  Telephone:    (310) 295-1654
   Facsimile:    (310) 733-5654
8  Email: rosa@gallenberglaw.com

9  Todd Heyman (*pro hac vice* application to be filed)
   SHAPIRO HABER & URMY LLP
10 53 State Street 13th Floor
   Boston, MA 02109
11 Telephone: (617) 439-3939
   Facsimile: (617) 439-0134
12 E-mail: theyman@shulaw.com

13 Attorneys for Representative Plaintiffs

14 Malcolm A. Heinicke (SBN 194174)
   MUNGER, TOLLES & OLSON LLP
15 560 Mission Street, 27th Floor
   San Francisco CA 94105
16 Phone: (415) 512-4000
   Fax: (415) 644-6929
17 Email: Malcolm.Heinicke@mto.com

18 Attorneys for Defendant

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                    SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>     v.<br><br>YELP! INC.,<br><br>             Defendant. | Case No.  3:11-cv-01503-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:  January 27, 2012<br>Time:  9:00 a.m.<br>Courtroom:  5<br>Judge:  Hon. Edward M. Chen |

1     The parties to this matter, through their attorneys of record, do hereby stipulate as follows:

2     1.    The initial Case Management Conference in this case was scheduled for July 13, 2011. On May 24, 2011, the Court vacated the Case Management Conference and stayed proceedings while the parties pursued mediation.  The Court has subsequently twice granted the parties' request to continue the Case Management Conference to accommodate their post-mediation settlement efforts.  The parties are currently scheduled to appear for a Case Management Conference on January 27, 2012 at 9:00 a.m.

    2.    The parties have neared agreement on the material terms of a proposed class action settlement, and fully expect to be able to either file a Motion for Preliminary Approval (should agreement be reached) or a Case Management Conference Statement (should resolution fail) within two weeks.  In the interests of conserving the Court's and the parties' resource, the parties respectfully request the Court's indulgence in granting one further and brief extension in the Case Management Conference date until February 10, 2012 at 9:00 a.m., or as soon thereafter as the Court's schedule permits.

IT IS SO STIPULATED.

RUKIN HYLAND DORIA & TINDALL LLP

Dated:  January 20, 2012     By:_____/s/_____
    Peter Rukin
    Attorneys for Plaintiffs

MUNGER, TOLLES & OLSON LLP

Dated:  January 20, 2012     By:_____/s/_____
    Malcolm Heinicke
    Attorneys for Defendant Yelp! Inc.

**CERTIFICATION**

1. I, Peter Rukin, am the ECF User whose identification and password are being used to file this STIPULATION ALLOWING THE CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE.  In compliance with General Order 45.X.B., I hereby attest that Malcolm A. Heinicke concurred in this filing.

Executed this 20th day of January, 2012, at San Francisco, California.

```
                                    _____/s/ Peter Rukin_____
                                            Peter Rukin
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>YELP! INC.,<br><br>        Defendant. | Case No. 3:11-cv-01503-EMC<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: January 27, 2012<br>Time: 9:00 a.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

IT IS HEREBY ORDERED, that the Case Management Conference currently scheduled in this matter for January 27, 2012 shall be continued until February __10__, 2012 at 9 a.m.

IT IS SO ORDERED.


DATED: __1/24/12__

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Edward M. Chen]*