MUNGER, TOLLES & OLSON LLP
MALCOLM A. HEINICKE (SBN 194174)
Malcolm.Heinicke@mto.com
CAROLYN V. ZABRYCKI
Carolyn.Zabrycki@mto.com
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000; Facsimile:  (415) 512-4077

Attorneys for Defendant

PETER RUKIN (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone:  (415) 421-1800; Facsimile (415) 421-1700
Email:   peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90071
Telephone:  (310) 295-1654; Facsimile:  (310) 733-5654
Email: rosa@gallenberglaw.com

Todd Heyman (*pro hac vice*)
SHAPIRO HABER & URMY LLP
53 State Street, 13th Floor
Boston, MA 02109
Telephone:  (617) 439-3939; Facsimile (617) 439-0134
Email: theyman@shulaw.com

Attorneys for Representative Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>             Defendant. | CASE NO.  CV 11-1503 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Honorable Edward M. Chen<br>Date:      February 10, 2012<br>Time:     9:00 a.m.<br>Courtroom: 5<br>Judge:     Hon. Edward M. Chen |

The parties to this matter, through their attorneys of record, do hereby stipulate as follows:

1.      The initial Case Management Conference is this case was scheduled for July 13, 2011.  On May 24, 2011, the Court vacated the Case Management Conference and stayed proceedings while the parties pursued mediation.  The Court has subsequently three times granted the parties' request to continue the Case Management Conference to accommodate their post-mediation settlement efforts.  The parties are currently scheduled to appear for a Case Management Conference on February 10, 2012 at 9:00 a.m.

2.      The parties have made further progress on agreement on the material terms of a proposed class action settlement, and fully expect to be able to either file a Motion for Preliminary Approval (should agreement be reached) or a Case Management Conference Statement (should resolution fail) in the near future.  In the interests of conserving the Court's and the parties' resource, the parties respectfully request the Court's indulgence in continuing the Case Management Conference date until March 2, 2012 at 9:00 a.m., or as soon thereafter as the Court's schedule permits.

                IT IS SO STIPULATED.

DATED:  February 3, 2012                    Munger, Tolles & Olson LLP
                                            Malcolm A. Heinicke
                                            Carolyn V. Zabrycki


                                            By:/s/ *Malcolm A. Heinicke*
                                               Malcolm A. Heinicke
                                               Attorneys for Defendant YELP! INC.

Dated:  February 3, 2012                    RUKIN HYLAND DORIA & TINDALL LLP


                                            By:/s/ *Peter Rukin*
                                               Peter Rukin
                                               Attorneys for Plaintiffs

                I, Malcolm A. Heinicke, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE

1   MANAGEMENT CONFERENCE.  In accordance with General Order 45.X.B., I hereby attest

2   that Peter Rukin concurred in this filing.

3        Executed this 3rd day of February, 2012, as San Francisco, California.

4

5                             */s/ Malcolm A. Heinicke*
                          Malcolm A. Heinicke

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>YELP! INC.,<br><br>        Defendant. | CASE NO.  CV 11-1503 EMC<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Honorable Edward M. Chen<br>Date:     February 10, 2012<br>Courtroom: 5<br>Judge:    Hon. Edward M. Chen |

19          Pursuant to the Stipulation to Continue Case Management Conference, the Case

20  Management Conference currently set for February 10, 2012 shall be continued until March 2,

21  2012 at 9:00 a.m.

22          IT IS SO ORDERED.

23
24  DATED: _____2/7/12_____

25

26

27

28

IT IS SO ORDERED

Judge Edward M. Chen