1
MUNGER, TOLLES & OLSON LLP
MALCOLM A. HEINICKE (SBN 194174)
2
Malcolm.Heinicke@mto.com
CAROLYN V. ZABRYCKI
3
Carolyn.Zabrycki@mto.com
560 Mission Street, Twenty-Seventh Floor
4
San Francisco, CA  94105-2907
Telephone:  (415) 512-4000; Facsimile:  (415) 512-4077
5

6
Attorneys for Defendant

7
PETER RUKIN (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
8
100 Pine Street, Suite 2150
San Francisco, CA 94111
9
Telephone:  (415) 421-1800; Facsimile (415) 421-1700
Email:   peterrukin@rhdtlaw.com

10
Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
11
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90071
12
Telephone:  (310) 295-1654; Facsimile:  (310) 733-5654
Email: rosa@gallenberglaw.com
13

14
Todd Heyman (*pro hac vice*)
SHAPIRO HABER & URMY LLP
15
53 State Street, 13th Floor
Boston, MA 02109
16
Telephone:  (617) 439-3939; Facsimile (617) 439-0134
Email: theyman@shulaw.com

17
Attorneys for Representative Plaintiffs

18
UNITED STATES DISTRICT COURT

19
NORTHERN DISTRICT OF CALIFORNIA

20
SAN FRANCISCO DIVISION

| | |
|---|---|
| 21 JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated, | CASE NO.  CV 11-1503 EMC |
| 22 | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 23 | |
| 24 Plaintiffs, | Judge:       Honorable Edward M. Chen |
| 25 v. | Date:         March 23, 2012 |
| | Time:        11:30 a.m. |
| 26 YELP! INC., | Courtroom: 5 |
| | Judge:       Hon. Edward M. Chen |
| 27 Defendant. | |

28

16396652.1

1      The parties to this matter, through their attorneys of record, do hereby stipulate as

2  follows:

3      1.      The initial Case Management Conference is this case was scheduled for July 13,

4  2011.  On May 24, 2011, the Court vacated the Case Management Conference and stayed

5  proceedings while the parties pursued mediation.  The Court has subsequently granted the parties'

6  requests to continue the Case Management Conference to accommodate their post-mediation

7  settlement efforts.  The parties are currently scheduled to appear for a Case Management

8  Conference on March 23, 2012 at 11:30 a.m.

9      2.      The parties have made further and considerable progress on agreement on the

10  material terms of a proposed class action settlement and fully expect to be able to either file a

11  Motion for Preliminary Approval (should agreement be reached) or a Case Management

12  Conference Statement (should resolution fail) in the near future.  In the interests of conserving the

13  Court's and the parties' resource, the parties respectfully request the Court's indulgence in

14  continuing the Case Management Conference date until April 6, 2012 or as soon thereafter as the

15  Court's schedule permits.

16              IT IS SO STIPULATED.

17  DATED:  March 16, 2012              Munger, Tolles & Olson LLP
                                       Malcolm A. Heinicke
18

19

20                                     By:/s/ *Malcolm A. Heinicke*
                                       Attorneys for Defendant YELP! INC.
21

22  Dated:  March 16, 2012              GALLENBERG PC

23

24                                     By:/s/ *Rosa Vigil-Gallenberg*
                                       Attorneys for Plaintiffs

25

26      I, Malcolm A. Heinicke, am the ECF User whose identification and password are
being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE.  In accordance with General Order 45.X.B., I hereby attest
27  that Rosa Vigil-Gallenberg concurred in this filing.

28

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                     SAN FRANCISCO DIVISION
11

12  JUSTIN LARKIN, ANTHONY                    CASE NO.  CV 11-1503 EMC
    TIJERINO, and AHMAD DEANES, on
    behalf of themselves and all others       [PROPOSED] ORDER TO CONTINUE
13  similarly situated,                       CASE MANAGEMENT CONFERENCE

14                    Plaintiffs,             Judge:     Honorable Edward M. Chen
                                              Date:      March 23, 2012
15  v.                                        Courtroom: 5
                                              Judge:     Hon. Edward M. Chen
16  YELP! INC.,

17                    Defendant.

18

19          Pursuant to the Stipulation to Continue Case Management Conference, the Case

20  Management Conference currently set for March 23, 2012 shall be continued until April 6, 2012

21  at ~~11:30 a.m.~~ 9:00 a.m.

22          IT IS SO ORDERED.

23
    DATED: _____ 3/19/12 _____
24
                                              Hon. E...
25                                            IT IS SO ORDERED
26                                            AS MODIFIED
27                                            Judge Edward M. Chen

28

16396652.1                        - 3 -    PROPOSED ORDER CONTINUING CASE
                                           MANAGEMENT CONFERENCE; CV11-1503 EMC