Peter Rukin (SBN 178336)
RUKIN HYLAND DORIA & TINDALL LLP
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile:  (415) 421-1700
E-mail: peterrukin@rhdtlaw.com

Rosa Vigil-Gallenberg (SBN 251872)
GALLENBERG PC
9701 Wilshire Blvd. Suite 1000
Beverly Hills, CA 90071
Telephone:    (310) 295-1654
Facsimile:    (310) 733-5654
Email: rosa@gallenberglaw.com

Todd Heyman (*pro hac vice* application to be filed)
SHAPIRO HABER & URMY LLP
53 State Street 13th Floor
Boston, MA 02109
Telephone: (617) 439-3939
Facsimile: (617) 439-0134
E-mail: theyman@shulaw.com

Attorneys for Representative Plaintiffs

Malcolm A. Heinicke (SBN 194174)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco CA 94105
Phone: (415) 512-4000
Fax: (415) 644-6929
Email: Malcolm.Heinicke@mto.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>YELP! INC.,<br><br>            Defendant. | Case No.  3:11-cv-01503-EMC<br><br>**JOINT NOTICE OF SETTLEMENT** ORDER RESETTING CMC<br>Judge:        Honorable Edward M. Chen<br>CMC Date:  April 6, 2012<br>Time:         9:00 a.m.<br>Courtroom: 5 |

The parties have reached an agreement on all material terms of a class-wide settlement and are in the process of obtaining signatures on a final Settlement Agreement.   The parties are in the process of finalizing the pertinent agreement, and Plaintiffs are preparing to file a motion for preliminary approval.  Accordingly, the parties request that this Court vacate the Initial Case Management Conference currently scheduled for April 6, 2012 and order the parties to file a motion for preliminary approval or a joint status report no later than April 27, 2012.


RUKIN HYLAND DORIA & TINDALL LLP

Dated:  March 30, 2012          By:_____/s/ Peter Rukin_____
                                Peter Rukin
                                Attorneys for Plaintiffs


MUNGER, TOLLES & OLSON LLP

Dated:  March 30, 2012          By:_____/s/ Malcolm Heinicke_____
                                Malcolm Heinicke
                                Attorneys for Defendant Yelp! Inc.


IT IS SO ORDERED that the CMC is reset to 5/18/12 at 9:00 a.m.
A joint CMC statement or a motion for preliminary approval shall be
filed by April 27, 2012.

_____
Edward M. Chen
U.S. District Judge



**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, PETER RUKIN, attest that concurrence in the filing of this Notice of Settlement has been obtained from each of the other signatories.

Executed this 30th day of March, 2012, at San Francisco, California.

_____/s/ Peter Rukin_____
Peter Rukin

NOTICE OF SETTLEMENT                                                          Case No. 3:11-cv-01503-EMC