UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTIN LARKIN, *et al.*,

        Plaintiffs,

    v.

YELP! Inc.,

        Defendant.
_____/

No. C-11-1503 EMC

**ORDER RE FINAL APPROVAL HEARING DATE**

    The Court is in receipt of the parties' joint letter regarding the newly-rescheduled date for hearing the motion for final approval of class action settlement. Docket No. 44. The Court hereby re-sets the hearing date for the final approval hearing to **Friday, November 30, 2012, at 2:30 p.m.** Because class notice has already been disseminated, the Court will station court staff in the courtroom on November 16, 2012 (the original date set for the hearing) to accept any objections in writing from class members who were unaware of the changed date and/or unable to attend the rescheduled hearing. The Court requests that the parties, to the extent possible, utilize any cost-free measures available to inform class members of the new date.

    IT IS SO ORDERED.

Dated: September 24, 2012

                                                  _____
                                                EDWARD M. CHEN
                                                United States District Judge