UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>YELP! INC.,<br><br>        Defendant. | Case No. 3:11-cv-01503-EMC<br><br>[PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR FINAL APPROVAL AND ATTORNEY FEES AND COSTS<br><br>Date: November 30, 2012<br>Time: 2:30 p.m.<br>Courtroom: 5<br>Judge: Hon. Edward M. Chen |

IT IS HEREBY ORDERED that the deadlines associated with the filing of counsels' motions for settlement approval and award of attorneys' fees, and any objections thereto, are modified as follows:

(1) By October 19, 2012, the parties shall file a joint motion for final approval of the settlement, and Class Counsel shall file a motion for an award of attorneys' fees and costs. Both of these motions shall be posted to the class website on the same date.

(2) Written objections by California Class Members and National Class Members to the proposed settlement or Class Counsel's Request for attorneys' fees will be considered if received by Class Counsel on or before November 5, 2012. Counsel for the parties shall respond to any such objections by November 16, 2012.

(3) A copy of this Order shall be posted on the class website within two days of entry.

DATED: 10/4/12 _____

                                                     Hon. Edward M. Chen
                                                     United States District Judge

4