UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JUSTIN LARKIN, ANTHONY TIJERINO, and AHMAD DEANES, on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     v.<br><br>YELP! INC.,<br><br>           Defendant. | Case No. 3:11-cv-01503-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR TELEPHONIC APPEARANCE AT FINAL APPROVAL HEARING.**<br><br>Date:  November 30, 2012<br>Time:  2:30 p.m.<br>Courtroom:  5-17th Floor<br>Judge:  Hon. Edward M. Chen |

FOR GOOD CAUSE, IT IS HEREBY ORDERED that Plaintiffs' Counsel Peter Rukin is granted permission to appear telephonically at the hearing set for November 30, 2012, at 2:30 p.m.    The Court will call Mr. Rukin between 2:30 and 4:00 p.m. on November 30, 2012.

DATED:  November 29, 2012

_____
HONORABLE EDWARD M. CHEN
District Judge, United States District Court

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen